IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT – EASTERN DIVISION

| | | |
|---|---|---|
| MAXUM CASUALTY INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 1:19-cv-06433 |
| NAPLETON'S SCHAUMBURG SUBARU, INC., d/b/a STEVE NAPLETON AUTO GROUP; NAPLETON SCHUAMBURG MOTORS, INC., d/b/a SCHAUMBURG MAZDA; and JOYA I. MORALES, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF DISMISSAL

NOW COMES Plaintiff, Maxum Casualty Insurance Company, by its attorneys, Anjali C. Das, David M. Holmes, Michael J. O'Malley, and Mark J. Sliwinski of Wilson Elser Moskowitz Edelman & Dicker LLP, and in accordance with Fed. R. Civ. P. 41(a)(1), as the Defendants have not served an answer or a motion for summary judgment, dismisses this action in its entirety with each party to bear their own costs and respective attorney fees.

Dated: October 11, 2019            Respectfully Submitted,

By:  /s/ Mark J. Sliwinski_____
One of the Attorneys for Maxum Casualty Insurance Company

Anjali C. Das – Anjali.Das@wilsonelser.com
David M. Holmes – David.Holmes@wilsonelser.com
Michael J. O'Malley – Michael.O'Malley@wilsonelser.com
Mark J. Sliwinski – Mark.Sliwinski@wilsonelser.com
Wilson Elser Moskowitz Edelman & Dicker LLP
55 West Monroe Street - Suite 3800
Chicago, IL 60603
(312) 704-0550
(312) 704-1522 (fax)

1

2791769v.1

**CERTIFICATE OF SERVICE**

I hereby certify that, on October 11, 2019, I electronically filed the aforesaid document(s) with the Clerk of the Court using the CM/ECF system, which will send notification of such filing(s) to all parties of record in this case by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

I also hereby certify that, on October 11, 2019, I mailed by United States Postal Service the aforesaid document(s) to the following non-registered participants:

Napleton's Schaumburg Subaru, Inc., d/b/a Steve Napleton Auto Group
Napleton Schaumburg Motors, Inc., d/b/a Schaumburg Mazda.
c/o Megan Shea Roche
James J. Roche & Associates
642 N. Dearborn Street
Chicago, IL 60654

Joya I. Morales
c/o James Saranteas
Saranteas Law
2020 N. California Ave., #355
Chicago, IL 60647

                                                    /s/ Mark J. Sliwinski

2791769v.1